IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HUMBERTO LAGAR,

     Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                          Case No. 13-cv-751-wmc

RICHARD F. RAEMISCH, GARY H.
HAMBLIN, ALFONSO J. GRAHAM,
KATHLEEN NAGLE, DANIELLE M.
LaCOST, STEVEN S. LANDREMAN,
RANDALL R. HEPP, DEBRA BOYD,
HOPE HANSON, MELINDA DERUS,
A. STEIDL, JODI DOUGHERTY, TAMI
J. WALDERA and ASHLEY HAKES,

     Defendants.

---

     This action came for consideration before the court with District Judge William M. Conley  presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Humberto Lagar's request for leave to proceed and dismissing this case without prejudice as legally frivolous.

     /s/                                          12/10/2014

---

     Peter Oppeneer, Clerk of Court                    Date