IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HUMBERTO LAGAR,

                Plaintiff,

v.

RICHARD F. RAEMISCH, *et al.*,

                Defendants.

ORDER

13-cv-751-wmc

---

State inmate Humberto Lagar filed this civil action against prison and parole officials pursuant to 42 U.S.C. § 1983, challenging the validity of one or more adverse decisions by the Wisconsin Parole Commission. On December 10, 2014, the court dismissed this action as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994) and therefore legally frivolous. Lagar has now filed a motion for reconsideration, which is construed as one seeking to alter or amend the judgment under Fed. R. Civ. P. 59(e). To prevail on a motion under Rule 59(e), the moving party must identify an error of law that merits reconsideration of the judgment. *See Obriecht v. Raemisch*, 517 F.3d 489, 494 (7th Cir. 2008); *Sigsworth v. City of Aurora, Ill.*, 487 F.3d 506, 511-12 (7th Cir. 2007).

Lagar does not attempt to show that the dismissal was entered in error or that he is entitled to relief from the judgment. Instead, he asks for leave to file additional lawsuits related to the complaint in this case without paying a filing fee. Under the federal rules, however, a filing fee is required for every civil action. *See* 28 U.S.C. § 1914(a). Accordingly, the court is not authorized to grant the requested relief.

ORDER

IT IS ORDERED that plaintiff Humberto Lagar's motion for reconsideration (Dkt. # 18) is DENIED.

Entered this 5th day of January, 2015.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge